**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ANTRON TALLEY, | ) |
| | ) |
| Petitioner, | ) Civil Action No. 18-1006 |
| | ) Magistrate Judge Maureen P. Kelly |
| v. | ) |
| | ) |
| DISTRICT ATTORNEY OF ALLEGHENY | ) Re: ECF No. 19 |
| COUNTY and THE ATTORNEY GENERAL | ) |
| OF THE STATE OF PENNSYLVANIA | ) |
| | ) |
| Respondents. | ) |

**ORDER**

AND NOW, this _2nd_ day January, 2025, for the reasons stated in the Memorandum Opinion contemporaneously filed herewith, IT IS HERBEY ORDERED, ADJUDGED, and DECREED that Petitioner's Amended Petition under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody, ECF No. 19, is DENIED.

IT IS FURTHER ORDERED that a certificate of appealability is DENIED.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if Petitioner wishes to appeal from this Order he must file a notice of appeal within 30 days, as provided in Rule 3 of the Federal Rules of Appellate Procedure, with the Clerk of Court, United States District Court, 700 Grant Street, Room 3110, Pittsburgh, PA 15219.  Petitioner is referred to Rule 22 of the Federal Rules of Appellate Procedure and to 3d Cir.

L.A.R. 22.1 for the timing requirements for applying for a certificate of appealability from the

Court of Appeals (available at https://www2.ca3.uscourts.gov/legacyfiles/2011_LAR_Final.pdf).


BY THE COURT:


MAUREEN P. KELLY
UNITED STATES MAGISTRATE JUDGE

cc:     ANTRON TALLEY
        35449-068
        FCC Petersburg Medium
        PO Box 1000
        Petersburg, VA 23804


        All counsel of record (*via* CM/ECF)